# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## *Conciliation Conference:*

**Debtor:** JOAN FOY ALBRIGHT
**Case Number:** 18-70264-JAD    **Chapter:** 13
**Date / Time / Room:** FRIDAY, APRIL 05, 2019 11:00 AM    COURTROOM B
**Bankruptcy Judge:** JEFFERY A. DELLER
**Courtroom Clerk:** MARY SCHUETZ
**Reporter / ECR:** N/A

## *Matter:*

Contested Hearing on Confirmation of Debtor's Chapter 13 Plan Dated 5/4/2018
- Conciliation Conference Held 8/9/2018 - Continued To 9/27/2018
- Conciliation Conference Held 9/27/2019 - Continued To 2/28/2019
- Conciliation Conference Held 2/28/2019 - Continued To 4/5/2019 Contesteds
- Amended Objection [Pursuant To Corrective Entry issued 3/22/2019] filed 3/27/2019 at ECF No. 44 by Federal National Mortgage Association

**R / M #:** 21 / 0

## *Appearances:*

CHAPTER 13 TRUSTEE: WINNECOUR / PAIL / KATZ / DESIMONE
DEBTOR: JUSTIN P. SCHANTZ, ESQUIRE
CREDITOR: JEROME B. BLANK, ESQUIRE for FANNIE MAE

## *Proceedings:*

___ Motion is GRANTED / DENIED
___ Special Type Of Order:
✓ CONTINUE MATTER:
___ For At Least ___ Days (Court To Issue Scheduling Order)
___ To Hearing Date Of ___ at ___ AM/PM at
✓ To Conciliation Conference For August 8, 2019 at 1:00 AM/**PM** at ___
___ ISSUE EVIDENTIARY HEARING NOTICE
___ Evidentiary Hearing On Value And Cram-Down Interest
___ Complex / Pretrial Order - NONJURY / JURY
___ Simple / Pretrial Order - NONJURY / JURY
___ Parties To Undertake Discovery - Discovery Period: ___ days
___ SETTLEMENT STIPULATION IS DUE ___
___ OTHER:

**Continue To Conciliation:
Wednesday, August 8, 2019
1:00 PM
p60 / Trustee**

FILED
4/9/19 2:37 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
U.S. Bankruptcy Judge