# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

FILED
8/9/19 1:42 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Conciliation Conference:*

| | |
|---|---|
| **Debtor:** | JOAN FOY ALBRIGHT |
| **Case Number:** | 18-70264-JAD    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, AUGUST 08, 2019 01:00 PM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

### *Matter:*

#21 - Continued Confirmation of Plan Dated 5/4/2018 (NFC)
+Continued Objections By:  Federal National Mortgage
**R / M #:**  21 / 0

### *Appearances:*

Debtor: Schintz
Trustee: Winnecour / Pail / Katz / (DeSimone)
Creditor: Hance Seferis / Federal National

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set  for _____ at _____.

9. ___✓___ Contested Hearing:  8-23-19  at  11:00  .
10. _____ Other:

Contested due to expiration of LMP plus large mortgage arrears claimed in claim 3.

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 18-70264-JAD
Joan Foy Albright                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-7          User: jhel              Page 1 of 1          Date Rcvd: Aug 09, 2019
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 11, 2019.
db              +Joan Foy Albright,    6683 Quaker Valley Road,    P.O. Box 102,    Alum Bank, PA 15521-0102

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 9, 2019 at the address(es) listed below:
        David A. Colecchia    on behalf of Debtor Joan Foy Albright colecchia542@comcast.net,
          dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;rjuliano@my-lawyers.us;ekud
          lock@my-lawyers.us
        James  Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
          bkgroup@kmllawgroup.com
        James A. Prostko    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE")
          pawb@fedphe.com
        Jerome B. Blank    on behalf of Creditor    Federal National Mortgage Association pawb@fedphe.com
        Jerome B. Blank    on behalf of Creditor    Federal National Mortgage Association et al
          pawb@fedphe.com
        Jodi L. Hause    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE")
          jodi.hause@phelanhallinan.com,   pawb@fedphe.com
        Justin P. Schantz    on behalf of Debtor Joan Foy Albright jschantz@my-lawyers.us,
          colecchia542@comcast.net;office@my-lawyers.us;sshipley@my-lawyers.us;jmonroe@my-lawyers.us;rjulia
          no@my-lawyers.us;ekudlock@my-lawyers.us
        Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
                                                                            TOTAL: 9