# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

**Debtor:** JOAN FOY ALBRIGHT
**Case Number:** 18-70264-JAD    **Chapter:** 13

**Date / Time / Room:** FRIDAY, AUGUST 23, 2019 11:00 AM    COURTROOM B

**Bankruptcy Judge:** JEFFERY A. DELLER
**Courtroom Clerk:** MARY SCHUETZ
**Reporter / ECR:** N/A

## Matter:

Contested Hearing on Confirmation of Debtor's Chapter 13 Plan Dated 5/4/2018
- Conciliation Conference Held 8/9/2018 - Continued To 9/27/2018
- Conciliation Conference Held 9/27/2019 - Continued To 2/28/2019
- Conciliation Conference Held 2/28/2019 - Continued To 4/5/2019 Contesteds
- Amended Objection [Pursuant To Corrective Entry issued 3/22/2019] filed 3/27/2019 at ECF No. 44 by Federal National Mortgage Association
- Contested Hearing Held 4/5/2019 - Contilnued To 8/8/2019 Conciliation Conference
- Cociliation Conference Held 8/8/2019 - Continued To 8/23/2019 Contesteds

R / M #: 21 / 0

## Appearances:

CHAPTER 13 TRUSTEE: WINNECOUR / PAIL / KATZ / DESIMONE
DEBTOR: JUSTIN P. SCHANTZ, ESQUIRE
CREDITOR: JEROME B. BLANK, ESQUIRE for FANNIE MAE    /Have

## Proceedings:

___ Motion is GRANTED / DENIED
___ Special Type Of Order:
✓ CONTINUE MATTER:
    ✓ For At Least  60  Days (Court To Issue Scheduling Order)
    ___ To Hearing Date Of _____ at _____ AM/PM at _____
    ___ To Conciliation Conference For _____ at _____ AM/PM at _____
___ ISSUE EVIDENTIARY HEARING NOTICE
    ___ Evidentiary Hearing On Value And Cram-Down Interest
    ___ Complex / Pretrial Order - NONJURY / JURY
    ___ Simple / Pretrial Order - NONJURY / JURY
    ___ Parties To Undertake Discovery - Discovery Period: _____ days
___ SETTLEMENT STIPULATION IS DUE _____
✓ OTHER:

\* ORDER
The Debtor shall file an amended plan within 30 days, and at least 14 days prior to the next hearing, copies of all police reports with respect to alleged breakins.

JEFFERY A. DELLER
U.S. Bankruptcy Judge

FILED
8/23/19 1:51 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

08.23.2019