# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

Joan Foy Albright

Debtor(s).

Case No.: 18-70264
Chapter 13
Judge Jeffery A. Deller
* * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for Nationstar Mortgage LLC d/b/a Mr. Cooper, its successor and assigns ("Creditor") in the above referenced case.

Please send all notices issued in this case to the undersigned at the address below.

Respectfully submitted,

/s/ Karina Velter
Karina Velter, Esquire (94781)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Edward H. Cahill (0088985)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

19-034472_PS

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re: :
:
**Joan Foy Albright** :
: **Case No.: 18-70264**
Debtor(s). : **Chapter 13**
: **Judge Jeffery A. Deller**
: * * * * * * * * * * * * * * * * * * * * * * *
:
:
:

## CERTIFICATE OF SERVICE OF NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on September 25, 2019.

Service by ECF:
Office of the United States Trustee, Liberty Center, 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222

Ronda J. Winnecour, Chapter 13 Trustee, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA 15219

David A. Colecchia, Attorney for Joan Foy Albright, 324 South Maple Avenue, Greensburg, PA 15601-3219, colecchia542@comcast.net

Justin P. Schantz, Attorney for Joan Foy Albright, 324 South Maple Avenue, Greensburg, PA 15601, jschantz@my-lawyers.us

Service by First-Class Mail:
Joan Foy Albright, 6683 Quaker Valley Road, P.O. Box 102, Alum Bank, PA 15521

Joan Foy Albright, 6683 Quaker Valley Road, Alum Bank, PA 15521

EXECUTED ON: September 25, 2019

By:  /s/ Karina Velter
Signature
Karina Velter, Esquire
Typed Name
P.O. Box 165028, Columbus, OH 43216-5028
Address
614-220-5611
Phone No.

19-034472_PS

94781
List Bar I.D. and State of Admission