# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

*Conciliation Conference:*

| | |
|---|---|
| Debtor: | JOAN FOY ALBRIGHT |
| Case Number: | 18-70264-JAD    Chapter: 13 |
| Date / Time / Room: | FRIDAY, NOVEMBER 15, 2019 11:00 AM   COURTROOM B |
| Bankruptcy Judge: | JEFFERY A. DELLER |
| Courtroom Clerk: | MARY SCHUETZ |
| Reporter / ECR: | N/A |

*Matter:*

CONTINUED - Contested Hearing on Confirmation of Debtor's Chapter 13 Plan Dated 5/4/2018
- Conciliation Conference Held 8/9/2018 - Continued To 9/27/2018
- Conciliation Conference Held 9/27/2019 - Continued To 2/28/2019
- Conciliation Conference Held 2/28/2019 - Continued To 4/5/2019 Contesteds
- Amended Objection [Pursuant To Corrective Entry issued 3/22/2019] filed 3/27/2019 at ECF No. 44 by Federal National Mortgage Association
- Contested Hearing Held 4/5/2019 - Contilnued To 8/8/2019 Conciliation Conference
- Cociliation Conference Held 8/8/2019 - Continued To 8/23/2019 Contesteds
- Contested Hearing Held 8/23/2019 - Continued To 11/15/2019
- AMENDED PLAN DATED / FILED 11/14/2019 AT ECF NO. 55
- STATUS REPORT FILED 11/14/2019 AT ECF NO. 56
R / M #:  21 / 0

*Appearances:*

CHAPTER 13 TRUSTEE: WINNECOUR / PAIL / KATZ / DESIMONE
DEBTOR: DAVID A. COLECCHIA, ESQUIRE / JUSTIN P. SCHANTZ, ESQUIRE
CREDITOR: JEROME B. BLANK, ESQUIRE / MATTHEW M. HARR, ESQUIRE for FANNIE MAE    /Aara - FNMA

*Proceedings:*

✓ Motion is GRANTED / (DENIED)
___ Special Type Of Order:
___ CONTINUE MATTER:
    ___ For At Least ___ Days (Court To Issue Scheduling Order)
    ___ To Hearing Date Of _____ at _____ AM/PM at _____
    ___ To Conciliation Conference For _____ at _____ AM/PM at _____
___ ISSUE EVIDENTIARY HEARING NOTICE
    ___ Evidentiary Hearing On Value And Cram-Down Interest
    ___ Complex / Pretrial Order - NONJURY / JURY
    ___ Simple / Pretrial Order - NONJURY / JURY
    ___ Parties To Undertake Discovery - Discovery Period: ___ days
___ SETTLEMENT STIPULATION IS DUE _____
___ OTHER:

**- Order to be issued denying Confirmation of Plan**

JEFFERY A. DELLER
U.S. Bankruptcy Judge

FILED
11/15/19 2:06 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA