IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JOAN FOY ALBRIGHT, | ) | Case No. 18-70264-JAD |
| | ) | |
| Debtor. | ) | Chapter 13 |
| | X | Related to ECF No. 21 |

### ORDER DENYING CONFIRMATION

AND NOW, this 15th day of November, 2019, it is hereby ORDERED that confirmation of the Chapter 13 Plan dated May 4, 2018 is DENIED.

The Court shall separately schedule the Amended Plan dated November 14, 2019 filed at ECF No. 55 for conciliation and/or confirmation.

November 15, 2019

_____
The Honorable Jeffery A. Deller
United States Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
All Creditors and Parties in Interest

FILED
11/15/19 2:10 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Joan Foy Albright
     Debtor

Case No. 18-70264-JAD
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-7      User: culy      Page 1 of 2      Date Rcvd: Nov 15, 2019
                      Form ID: pdf900      Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2019.
```
db             +Joan Foy Albright,    6683 Quaker Valley Road,    P.O. Box 102,    Alum Bank, PA 15521-0102
14808918       +BAC Home Loan Servicing LP,    6400 Legacy Drive,    Plano, TX 75024-3609
14808921       +Federal National Mortgage Association,    3900 Wisonsin Avenue, NW,    Washington, DC 20016-2806
14868414       +Federal National Mortgage Association (Fannie Mae,    P.O. Box 1047,    Hartford, CT 06143-1047
14808922       +First National Bank of Pennsylvania,    4140 East State Street,    Hermitage, PA 16148-3401
14808923       +I C System, Inc.,    P.O. Box 64378,    Saint Paul, MN 55164-0378
15067697       +Nationstar Mortgage LLC d/b/a Mr. Cooper,    P.O. Box 619094,    Dallas, TX 75261-9094
14808925      ++SETERUS INC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:  Seterus,    ATTN: Bankruptcy Department,    PO Box 1047,
                Hartford, CT 06143-1047)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14808919       +E-mail/Text: bankruptcynotices@dcicollect.com Nov 16 2019 03:26:09     Diversified Consultants,
                P.O. Box 551268,    Jacksonville, FL 32255-1268
14808920       +E-mail/Text: bknotice@ercbpo.com Nov 16 2019 03:25:48      Enhanced Recovery Company,
                P.O. Box 57547,    Jacksonville, FL 32241-7547
14808924        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 16 2019 03:45:00
                Portfolio Recovery Associates,    120 Corporate Boulevard,    Suite 100,    Norfolk, VA 23502
14815991        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 16 2019 03:45:44
                Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
                                                                                              TOTAL: 4
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE
cr             Federal National Mortgage Association
cr             Federal National Mortgage Association et al
cr             Nationstar Mortgage LLC d/b/a Mr. Cooper
                                                                                TOTALS: 4, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2019                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2019 at the address(es) listed below:
```
              David A. Colecchia    on behalf of Debtor Joan Foy Albright colecchia542@comcast.net,
               dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;rjuliano@my-lawyers.us;ekud
               lock@my-lawyers.us
              David A. Colecchia    on behalf of Plaintiff Joan Foy Albright colecchia542@comcast.net,
               dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;rjuliano@my-lawyers.us;ekud
               lock@my-lawyers.us
              James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE")
               pawb@fedphe.com
              Jerome B. Blank    on behalf of Creditor    Federal National Mortgage Association et al
               pawb@fedphe.com
              Jerome B. Blank    on behalf of Creditor    Federal National Mortgage Association pawb@fedphe.com
              Jodi L. Hause    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE")
               jodi.hause@phelanhallinan.com, pawb@fedphe.com
              Justin P. Schantz    on behalf of Debtor Joan Foy Albright jschantz@my-lawyers.us,
               colecchia542@comcast.net;office@my-lawyers.us;sshipley@my-lawyers.us;jmonroe@my-lawyers.us;rjulia
               no@my-lawyers.us;ekudlock@my-lawyers.us
```

```
District/off: 0315-7           User: culy                Page 2 of 2                    Date Rcvd: Nov 15, 2019
                               Form ID: pdf900           Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Karina   Velter    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper amps@manleydeas.com
          Karina   Velter    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER amps@manleydeas.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Zanetta M. Ford    on behalf of Defendant    Safeguard Properties, LLC zanetta@foehllaw.com
                                                                                                                                                TOTAL: 13