# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

    **Debtor:** JOAN FOY ALBRIGHT
    **Case Number:** 18-70264-JAD    **Chapter:** 13
    **Date / Time / Room:** THURSDAY, JANUARY 09, 2020 11:30 AM   3251 US STEEL
    **Hearing Officer:** CHAPTER 13 TRUSTEE

### Matter:

    #55 - Amended Plan Dated 11/14/2019 (FC)
    R / M #: 55 / 0

### Appearances:

    **Debtor:** Schantz
    **Trustee:** Winnecour / Pail / Kate / (DeSimone)
    **Creditor:** Jodi Hawse  Fed Nat Mortgage

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to \_\_\_\_, effective _____.
7. _____ Plan/Motion continued to _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____.
    A hearing on the Amended Plan is set for _____ at _____.
9. ✓ Contested Hearing: 1-22-20 at 11:00.
10. _____ Other:

Contested for coordination with adversary, also scheduled for 1-22