# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## *Conciliation Conference:*

**Debtor:** JOAN FOY ALBRIGHT
**Case Number:** 18-70264-JAD    **Chapter:** 13
**Date / Time / Room:** WEDNESDAY, JANUARY 22, 2020 11:00 AM   COURTROOM B
**Bankruptcy Judge:** JEFFERY A. DELLER
**Courtroom Clerk:** MARY SCHUETZ
**Reporter / ECR:** N/A

## *Matter:*

Contested Hearing on Confirmation of Debtor's Amended Chapter 13 Plan Dated 11/14/2019
- Status Report Re: Police Reports From PA State Police filed 11/14/2019 at ECF No. 56
- Objection To Confirmation of Plan filed by FannieMae 11/22/2019 at ECF No. 61
- Contested Hearing Held 11/15/2019 - Order entered Denying Confirmation - Amended Plan Dated 11/14/2019 Set For Conciliation on 1/9/2020
- Conciliation Held 1/9/2020 - Continued To 1/22/2020 Contested

**R / M #:** 55 / 0

## *Appearances:*

CHAPTER 13 TRUSTEE: WINNECOUR / PAIC / KATZ / DESIMONE
DEBTOR: JUSTIN P. SCHANTZ, ESQUIRE
CREDITOR: Havre - Nationwh.

## *Proceedings:*

✓ Motion is GRANTED / **(DENIED)**
___ Special Type Of Order:
___ CONTINUE MATTER:
    ___ For At Least ___ Days (Court To Issue Scheduling Order)
    ___ To Hearing Date Of _____ at _____ AM/PM at _____
    ___ To Conciliation Conference For _____ at _____ AM/PM at _____
___ ISSUE EVIDENTIARY HEARING NOTICE
    ___ Evidentiary Hearing On Value And Cram-Down Interest
    ___ Complex / Pretrial Order - NONJURY / JURY
    ___ Simple / Pretrial Order - NONJURY / JURY
    ___ Parties To Undertake Discovery - Discovery Period: ___ days
___ SETTLEMENT STIPULATION IS DUE _____
✓ OTHER: Dismiss w/o prejudice.

**- Orders to be issued denying Confirmation of Plan and Dismissing Case**

JEFFERY A. DELLER
U.S. Bankruptcy Judge

FILED
1/23/20 9:05 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA