IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
1/23/20 9:07 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| In re: ) | |
| ) | Bankruptcy No. 18-70264-JAD |
| JOAN FOY ALBRIGHT, ) | Chapter 13 |
| Debtor. ) | Related to ECF No. 55 |
| _____ X | |

### ORDER DENYING CONFIRMATION OF CHAPTER 13 PLAN

**AND NOW**, this **23rd** day of **January 2020**, after a hearing having been held on January 23, 2020 on the Debtor's Amended Chapter 13 Plan dated November 14, 2019 (ECF No. 55), and the objections thereto, and upon consideration of arguments and statements of counsel at the hearing held thereon, and for the reasons stated on the record of the hearing,

**IT IS HEREBY ORDERED THAT CONFIRMATION OF THE AMENDED CHAPTER 13 PLAN IS DENIED** because the Plan is not feasible as it is contingent on litigation which is uncertain. See, e.g., In re Yeager, 2004 WL 422049, at *3 (Bankr. E.D. Pa. Feb. 18, 2004)("A plan dependent on an uncertain litigation outcome cannot be confirmed because it simply is not feasible.").

**IT IS SO ORDERED**.

Dated: January 23, 2020

BY THE COURT,

_____  mas
JEFFERY A. DELLER
United States Bankruptcy Judge

**Court Administrator to serve:**
Debtor
Debtor's Counsel
Chapter 13 Trustee
Jerome Blank, Esq.
All creditors and parties in interest

```
                          United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                           Case No. 18-70264-JAD
Joan Foy Albright                                                Chapter 13
      Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-7          User: culy                  Page 1 of 2          Date Rcvd: Jan 23, 2020
                              Form ID: pdf900             Total Noticed: 12


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 25, 2020.
db             +Joan Foy Albright,    6683 Quaker Valley Road,    P.O. Box 102,    Alum Bank, PA 15521-0102
14808918       +BAC Home Loan Servicing LP,    6400 Legacy Drive,    Plano, TX 75024-3609
14808921       +Federal National Mortgage Association,    3900 Wisonsin Avenue, NW,    Washington, DC 20016-2806
14868414       +Federal National Mortgage Association (Fannie Mae,    P.O. Box 1047,   Hartford, CT 06143-1047
14808922       +First National Bank of Pennsylvania,    4140 East State Street,    Hermitage, PA 16148-3401
14808923       +I C System, Inc.,    P.O. Box 64378,   Saint Paul, MN 55164-0378
15067697       +Nationstar Mortgage LLC d/b/a Mr. Cooper,    P.O. Box 619094,    Dallas, TX 75261-9094
14808925      ++SETERUS INC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:    Seterus,    ATTN: Bankruptcy Department,    PO Box 1047,
                 Hartford, CT 06143-1047)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14808919       +E-mail/Text: bankruptcynotices@dcicollect.com Jan 24 2020 02:58:07     Diversified Consultants,
                 P.O. Box 551268,    Jacksonville, FL 32255-1268
14808920       +E-mail/Text: bknotice@ercbpo.com Jan 24 2020 02:57:55     Enhanced Recovery Company,
                 P.O. Box 57547,    Jacksonville, FL 32241-7547
14808924        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 24 2020 02:54:57
                 Portfolio Recovery Associates,    120 Corporate Boulevard,    Suite 100,   Norfolk, VA 23502
14815991        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 24 2020 02:54:13
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
                                                                                             TOTAL: 4

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE
cr              Federal National Mortgage Association
cr              Federal National Mortgage Association et al
cr              Nationstar Mortgage LLC d/b/a Mr. Cooper
                                                                                    TOTALS: 4, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 23, 2020 at the address(es) listed below:
              David A. Colecchia    on behalf of Debtor Joan Foy Albright colecchia542@comcast.net,
               dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;rjuliano@my-lawyers.us;ekud
               lock@my-lawyers.us
              David A. Colecchia    on behalf of Plaintiff Joan Foy Albright colecchia542@comcast.net,
               dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;rjuliano@my-lawyers.us;ekud
               lock@my-lawyers.us
              James Warmbrodt    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor   FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE")
               pawb@fedphe.com
              Jerome B. Blank    on behalf of Creditor    Federal National Mortgage Association et al
               pawb@fedphe.com
              Jerome B. Blank    on behalf of Creditor    Federal National Mortgage Association pawb@fedphe.com
              Jodi L. Hause    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE")
               jodi.hause@phelanhallinan.com, pawb@fedphe.com
              Justin P. Schantz    on behalf of Debtor Joan Foy Albright jschantz@my-lawyers.us,
               colecchia542@comcast.net;office@my-lawyers.us;sshipley@my-lawyers.us;jmonroe@my-lawyers.us;rjulia
               no@my-lawyers.us;ekudlock@my-lawyers.us
```

```
District/off: 0315-7           User: culy              Page 2 of 2                Date Rcvd: Jan 23, 2020
                               Form ID: pdf900         Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         Karina  Velter    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper amps@manleydeas.com
         Karina  Velter    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER amps@manleydeas.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
         Zanetta M. Ford    on behalf of Defendant    Safeguard Properties, LLC zanetta@foehllaw.com
                                                                                                                 TOTAL: 13