# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

**JOAN FOY ALBRIGHT,** : Bankruptcy No. 18-70264-JAD
:
: Issued Per 1/22/2020 Proceeding
:
              Debtor. : Chapter 13
_____X

## ORDER DISMISSING CASE WITHOUT PREJUDICE
## AND TERMINATING INCOME ATTACHMENT(S)

    **AND NOW,** this **23rd** day of **January,** 2020, **IT IS HEREBY ORDERED** that the above-captioned case is **DISMISSED WITHOUT PREJUDICE** and that the Debtor remains legally liable for all of her debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to 11 U.S.C. § 349, and creditors are directed to title 11 U.S.C. § 108(c) for time limits on filing a lawsuit to collect; generally, a creditor's lawsuit must be filed by the later of (1) the time deadline prescribed by state law, or (2) thirty days after date of this notice.

    **IT IS FURTHER ORDERED** that if this case is dismissed, with prejudice, pursuant to 11 U.S.C. § 109(g), the Debtor is ineligible to file bankruptcy under any chapter for one-hundred eighty (180) days.

    **IT IS FURTHER ORDERED** that each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment order knows to stop the attachment, the Debtor shall serve a copy of this order on each such employer and entity immediately.

    **IT IS FURTHER ORDERED** that the court retains jurisdiction over the Trustee's Final Report And Account and the Trustee's Certification Of Distributed Funds. Following submission of a final accounting and certification of distributed funds, the Trustee shall be deemed discharged from her duties in this case and the case shall be deemed closed without further order of court.

    **IT IS FURTHER ORDERED** that the Clerk shall give notice to all creditors and parties in interest of this dismissal.

FILED
1/23/20 9:13 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_____  mas
JEFFERY A. DELLER
United States Bankruptcy Judge

```
                           United States Bankruptcy Court
                           Western District of Pennsylvania
In re:                                                              Case No. 18-70264-JAD
Joan Foy Albright                                                   Chapter 13
      Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-7          User: culy                Page 1 of 2          Date Rcvd: Jan 23, 2020
                              Form ID: pdf900           Total Noticed: 12


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 25, 2020.
db             +Joan Foy Albright,    6683 Quaker Valley Road,    P.O. Box 102,    Alum Bank, PA 15521-0102
14808918       +BAC Home Loan Servicing LP,    6400 Legacy Drive,    Plano, TX 75024-3609
14808921       +Federal National Mortgage Association,    3900 Wisonsin Avenue, NW,    Washington, DC 20016-2806
14868414       +Federal National Mortgage Association (Fannie Mae,     P.O. Box 1047,   Hartford, CT 06143-1047
14808922       +First National Bank of Pennsylvania,    4140 East State Street,    Hermitage, PA 16148-3401
14808923       +I C System, Inc.,    P.O. Box 64378,   Saint Paul, MN 55164-0378
15067697       +Nationstar Mortgage LLC d/b/a Mr. Cooper,    P.O. Box 619094,    Dallas, TX 75261-9094
14808925      ++SETERUS INC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:   Seterus,    ATTN: Bankruptcy Department,    PO Box 1047,
                 Hartford, CT 06143-1047)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14808919       +E-mail/Text: bankruptcynotices@dcicollect.com Jan 24 2020 02:58:07      Diversified Consultants,
                 P.O. Box 551268,   Jacksonville, FL 32255-1268
14808920       +E-mail/Text: bknotice@ercbpo.com Jan 24 2020 02:57:55      Enhanced Recovery Company,
                 P.O. Box 57547,   Jacksonville, FL 32241-7547
14808924        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 24 2020 02:54:36
                 Portfolio Recovery Associates,    120 Corporate Boulevard,    Suite 100,   Norfolk, VA 23502
14815991        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 24 2020 02:54:57
                 Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE
cr              Federal National Mortgage Association
cr              Federal National Mortgage Association et al
cr              Nationstar Mortgage LLC d/b/a Mr. Cooper
                                                                                   TOTALS: 4, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2020                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 23, 2020 at the address(es) listed below:
              David A. Colecchia    on behalf of Debtor Joan Foy Albright colecchia542@comcast.net,
               dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;rjuliano@my-lawyers.us;ekud
               lock@my-lawyers.us
              David A. Colecchia    on behalf of Plaintiff Joan Foy Albright colecchia542@comcast.net,
               dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;rjuliano@my-lawyers.us;ekud
               lock@my-lawyers.us
              James Warmbrodt    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor   FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE")
               pawb@fedphe.com
              Jerome B. Blank    on behalf of Creditor   Federal National Mortgage Association et al
               pawb@fedphe.com
              Jerome B. Blank    on behalf of Creditor   Federal National Mortgage Association pawb@fedphe.com
              Jodi L. Hause    on behalf of Creditor   FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE")
               jodi.hause@phelanhallinan.com, pawb@fedphe.com
              Justin P. Schantz    on behalf of Debtor Joan Foy Albright jschantz@my-lawyers.us,
               colecchia542@comcast.net;office@my-lawyers.us;sshipley@my-lawyers.us;jmonroe@my-lawyers.us;rjulia
               no@my-lawyers.us;ekudlock@my-lawyers.us
```

```
District/off: 0315-7           User: culy              Page 2 of 2              Date Rcvd: Jan 23, 2020
                               Form ID: pdf900         Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Karina  Velter    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
           amps@manleydeas.com
          Karina  Velter    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
           amps@manleydeas.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Zanetta M. Ford    on behalf of Defendant    Safeguard Properties, LLC zanetta@foehllaw.com
                                                                                                                                                          TOTAL: 13