**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> JOAN FOY ALBRIGHT <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Movant <br> vs. <br> No Respondents. | Case No.:18-70264 JAD <br><br> Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 04/10/2018 and confirmed on 09/28/2018 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 15,496.59 |
| Less Refunds to Debtor | 787.17 | |
| TOTAL AMOUNT OF PLAN FUND | | 14,709.42 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 2,254.18 | |
|    Trustee Fee | 663.90 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 2,918.08 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| NATIONSTAR MORTGAGE LLC D/B/A MR C <br> Acct: 3908 | 0.00 | 0.00 | 0.00 | 0.00 |
| NATIONSTAR MORTGAGE LLC D/B/A MR C <br> Acct: 3908 | 0.00 | 11,791.34 | 0.00 | 11,791.34 |
| NATIONSTAR MORTGAGE LLC D/B/A MR C <br> Acct: 3908 | 170,288.01 | 0.00 | 0.00 | 0.00 |
| | | | | 11,791.34 |
| **Priority** | | | | |
| DAVID A COLECCHIA ESQ <br> Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| JOAN FOY ALBRIGHT <br> Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| JOAN FOY ALBRIGHT <br> Acct: | 787.17 | 787.17 | 0.00 | 0.00 |
| LAW CARE <br> Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| JUSTIN P SCHANTZ ESQ <br> Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
|   DAVID A COLECCHIA ESQ | 4,190.00 | 2,254.18 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DAVID A COLECCHIA ESQ | 1,000.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | * * * N O N E * * * | | | |
| **Unsecured** | | | | |
|   DIVERSIFIED CONSULTANTS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2841 | | | | |
|   ENHANCED RECOVERY COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6514 | | | | |
|   FIRST NATIONAL BANK OF PA(*) | 654.99 | 0.00 | 0.00 | 0.00 |
|     Acct: 2665 | | | | |
|   IC SYSTEM INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6546 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LLC | 172.93 | 0.00 | 0.00 | 0.00 |
|     Acct: 2273 | | | | |
|   JAMES A PROSTKO ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JODI L HAUSE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BAC HOME LOAN SERVICING LP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SETERUS INC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MANLEY DEAS KOCHALSKI LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | * * * N O N E * * * | | | |

TOTAL PAID TO CREDITORS                                          11,791.34

TOTAL CLAIMED
| | |
|---|---:|
| PRIORITY | 0.00 |
| SECURED | 170,288.01 |
| UNSECURED | 827.92 |

Date: 02/13/2020

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com